**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MELANIE BURKE,

        Plaintiff,

v.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

        Defendant.

Case No. 0:20-cv-62637-BB

## DEFENDANT'S PRE-TRIAL DISCLOSURES

Defendant, Wright National Flood Insurance Company ("Wright"), a Write-Your-Own ("WYO") carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. § 4001 *et. seq*.), appearing herein in its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] makes the following pre-trial disclosures, attached as Exhibits A and B, in compliance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.1(d).

---

[1] 44 C.F.R. § 62.23(f).
[2] 42 U.S.C. § 4071(a)(1); *Shuford v. Fidelity Nat. Prop. & Cas. Ins. Co.*, 508 F.3d 1337, 1343 (11th Cir. 2007).

Dated: December 30, 2021

FREEBORN & PETERS LLP

/s/ Hoyt L. Prindle III
Jason P. Stearns (Fla. Bar No. 059550)
Hoyt L. Prindle III (Fla. Bar No. 1010830)
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Telephone: (813) 488-2920
Email: jstearns@freeborn.com
        hprindle@freeborn.com
*Counsel for Defendant Wright National*
*Flood Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Hoyt L. Prindle III
Hoyt L. Prindle III