IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| MELANIE BURKE,<br><br>        Plaintiff,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD<br>INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 0:20-cv-62637-BB |

## WRIGHT NATIONAL FLOOD INSURANCE COMPANY'S
## TRIAL EXHIBIT LIST

| Presiding Judge:<br>Hon. Beth Bloom | Plaintiff's Attorney:<br>Sarah M. Murray, Esq.<br>Andrew S. Kanter, Esq. | Defendant's Attorney:<br>Jason P. Stearns, Esq.<br>Hoyt L. Prindle III, Esq. |
|---|---|---|
| Trial Date:<br>January 31, 2022 | Court Reporter: | Courtroom Deputy: |

Wright National Flood Insurance Company expects to offer the following exhibits at trial:

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D01 | | | | National Flood Insurance Program Dwelling Form Standard Flood Insurance Policy (SFIP) 2015 |
| | D02 | | | | NFIP Flood Insurance Manual April 2016, Excerpts |
| | D03 | | | | NFIP Claims Manual June 2019 |
| | D04 | | | | Flood Declarations Page, Policy Period 05/06/2019 to 05/06/2020 |
| | D05 | | | | Diagram of Property, Burke Claim 19 6401 0625–0627 |
| | D06 | | | | Advance Payment Request, 12/27/2019 Burke Claim 19 6401 0620 |
| | D07 | | | | Colonial Final Report 07/14/2020, Burke Claim 19 6401 1210–1211 |

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| | D08 | | | | Colonial Supplemental Final Report 08/17/2020, Burke Claim 19 6401 0969–0970 |
| | D09 | | | | Colonial Building and Contents Estimate 08/05/2020, Burke Claim 19 6401 0526–0548 |
| | D10 | | | | Reports, Estimates and Photographs, Burke Claim 19 6401 1109–1189 |
| | D11 | | | | Photographs taken by Sam Hunter |
| | D12 | | | | G&A Engineering Report 03/23/2020, Burke Claim 19 6401 0659–0696 |
| | D13 | | | | G&A Engineering Supplemental Report 04/02/2020, Burke Claim 19 6401 0344–0345 |
| | D14 | | | | Claim Review Report prepared by Doug Malone |
| | D15 | | | | Adjuster's Preliminary Report 12/30/2019 and Photographs, Burke Claim 19 6401 1312–1332 |
| | D16 | | | | Signed Proof of Loss 02/19/2020, Burke Claim 19 6401 0763, 0765 |
| | D17 | | | | Signed Proof of Loss 09/28/2020, Burke Claim 19 6401 1111–1112 |
| | D18 | | | | Wright Partial Denial of Claim 02/24/2020, Burke Claim 19 6401 0276–0278 |
| | D19 | | | | Wright Partial Denial of Claim 03/24/2020, Burke Claim 19 6401 0280–0282 |
| | D20 | | | | Wright Advanced Payments to Plaintiff $11,000 ($10,000 for building and $1,000 for contents), Burke Claim 19 6401 1342–1345 |
| | D21 | | | | Wright Check to Plaintiff $19,294.25 (building), Burke Claim 19 6401 1334 |
| | D22 | | | | Wright Check to Plaintiff $4,402.01 (contents), Burke Claim 19 6401 1335 |
| | D23 | | | | Wright Check to Plaintiff $7,863.76 (supplemental building), Burke Claim 19 6401 1336 |
| | D24 | | | | Wright Check to Plaintiff |

|  |  |  |  |  | |
|---|---|---|---|---|---|
|  |  |  |  |  | $1,189.26 (recoverable depreciation of building damage), Burke Claim 19 6401 1337 |
|  | D25 |  |  |  | Plaintiff's Responses to Defendant's Request for Interrogatories |
|  | D26 |  |  |  | Photographs produced by Plaintiff |
|  | D27 |  |  |  | Any and all exhibits included in Plaintiff's Rule 26(a)(3) pretrial disclosures and not objected to by the Defendant |